CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: HUDSON
REPORTER: LISCIO, OCR
DOCKET NO. 3:07CR274-04
DATE: August 27, 2007

UNITED STATES OF AMERICA
v.
COUNSEL

1. Michael Vick
2. 
3. 
4. 

1. William R. Martin, ESQ
2. Lawrence H. Woodward, Jr., ESQ
3. Daniel R. Meachum, ESQ
4. Thomas B. Shuttleworth II, ESQ
5. James Williams, ESQ

APPEARANCES: GOVERNMENT AUSAs Michael R. Gill & Brian Whisler ( ✓ )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( ✓ )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( ✓ )   MOTIONS ( )
OTHER: _____ ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

ARRAIGNMENT PROCEEDINGS:

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 VICK | | | X | | | FILED AUG 27 CLERK, U.S. DISTRICT COURT | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) 1 ( ✓ )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( ✓ )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) 1 ( ✓ )
COURT ACCEPTED PLEA ( ✓ )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) 1 ( ✓ )
PRESENTENCE REPORT ORDERED ( ✓ )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( ✓ )

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( ✓ )   DEFT REMANDED ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS: _____

CASE CONTINUED TO: December 10, 2007 AT 10:00 A.M. FOR Sentencing
CASE SET: 10:30   BEGAN: 10:28   ENDED: 10:46   TIME IN COURT: :18