IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
IN OPEN COURT

JUL 17 2007

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Criminal No. 3:07CR** 274 |
| | ) | |
| | ) | 18 U.S.C. § 371 |
| v. | ) | Conspiracy to Travel in Interstate |
| | ) | Commerce in Aid of Unlawful |
| | ) | Activities and to Sponsor a Dog in an |
| PURNELL A. PEACE, | ) | Animal Fighting Venture |
| a/k/a "P-Funk" and "Funk," | ) | (Count 1) |
| QUANIS L. PHILLIPS, | ) | |
| a/k/a "Q," | ) | |
| TONY TAYLOR, | ) | |
| a/k/a "T," | ) | |
| MICHAEL VICK, | ) | |
| a/k/a "Ookie," | ) | |
| | ) | |
| Defendants. | ) | |

### INDICTMENT
JULY 2007 TERM - At Richmond, Virginia

### COUNT ONE
(Conspiracy to Travel in Interstate Commerce in Aid of Unlawful Activities
and to Sponsor a Dog in an Animal Fighting Venture)

THE GRAND JURY CHARGES THAT:

1.    Beginning in or about early 2001 and continuing through on or about April 25,

2007, in the Eastern District of Virginia and elsewhere, defendants, PURNELL A. PEACE, also

known as "P-Funk" and "Funk," QUANIS L. PHILLIPS, also known as "Q," TONY TAYLOR,

also known as "T," and MICHAEL VICK, also known as "Ookie," did knowingly and willfully

combine, conspire, confederate and agree with each other, and with persons known and unknown

to the Grand Jury, to commit the following offenses against the United States, to wit:

       a.      traveling in interstate commerce and using the mail or any facility in interstate commerce with intent to commit any crime of violence to further any unlawful activity and to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: a business enterprise involving gambling in violation of Virginia Code Annotated Sections 3.1-796.124(A)(2), 18.2-326, and 18.2-328, and thereafter performing and attempting to perform acts to commit any crime of violence to further any unlawful activity and to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Section 1952;

       b.      knowingly sponsoring and exhibiting an animal in an animal fighting venture, if any animal in the venture has moved in interstate commerce, in violation of Title 7, United States Code, Section 2156(a)(1); and

       c.      knowingly buying, transporting, delivering, and receiving for purposes of transportation, in interstate commerce, any dog for purposes of having the dog participate in an animal fighting venture, in violation of Title 7, United States Code, Section 2156(b).

## MANNER AND MEANS OF THE CONSPIRACY

    2.     It was part of the conspiracy that the defendants and their co-conspirators would and did:

       a.      purchase and develop a parcel of property to serve as the main staging area for housing and training pit bulls involved in the animal fighting venture and for hosting dog fights;

2

        b.      establish a kennel name to represent the animal fighting venture in dog fighting competitions;

        c.      purchase pit bulls for use in dog fighting competitions;

        d.      train and breed pit bulls for participation in dog fighting competitions;

        e.      travel to other locations in interstate commerce to participate in dog fighting competitions;

        f.      sponsor and exhibit dogs in animal fighting competitions in interstate commerce involving dogs that have moved across state lines;

        g.      provide funding for the expenses associated with the ongoing animal fighting venture, including improvements on the property, dog food, medicine, travel expenses, and purse fees for dog fighting competitions; and

        h.      develop the animal fighting venture's pool of pit bulls by testing the fighting prowess of dogs within the venture, providing veterinary treatment for injured dogs slated to stay with the kennel, and destroying or otherwise disposing of dogs not selected to stay with the ongoing animal fighting venture.

3

## OVERT ACTS

3.     In furtherance of the conspiracy and to effect the objects thereof, at least one of the following overt acts, among others, was committed by the defendants and other conspirators in the Eastern District of Virginia and elsewhere:

**2001-2002: Establishment of "Bad Newz Kennels" at 1915 Moonlight Road, Smithfield, Virginia:**

4.     At some point in or about early 2001, QUANIS L. PHILLIPS, also known as "Q," TONY TAYLOR, also known as "T," and MICHAEL VICK, also known as "Ookie," decided to start a venture aimed at sponsoring American Pit Bull Terriers in dog fighting competitions.

5.     In or about May 2001, TAYLOR identified the property at 1915 Moonlight Road, Smithfield, Virginia, as being a suitable location for housing and training pit bulls for fighting.

6.     On or about June 29, 2001, VICK paid approximately $34,000 for the purchase of property located at 1915 Moonlight Road, Smithfield, Virginia. From this point forward, the defendants, aided and assisted by others known and unknown to the Grand Jury, used this property as the main staging area for housing and training the pit bulls involved in the dog fighting venture and hosting dog fights.

7.     In or about 2001, the exact dates being unknown to the Grand Jury, PURNELL A. PEACE, also known as "P-Funk" and "Funk," PHILLIPS, TAYLOR, and VICK started acquiring pit bulls for the fighting operation from various locations inside and outside of Virginia, including the purchasing approximately 4 dogs from an individual in North Carolina, approximately 1 dog from an individual in New York, approximately 6 dogs and 6 puppies from

4

an individual in Richmond, Virginia, and a female pit bull named "Jane" from an individual in Williamsburg, Virginia.

8.     In or about early September 2001, PHILLIPS, TAYLOR, and VICK purchased approximately 4 pit bull puppies for approximately $1,000 from an individual known to the Grand Jury in Williamsburg, Virginia.  One of these puppies was a male pit bull named "Magic."

9.     In or about early 2002, VICK, accompanied by PEACE, purchased approximately 4 pit bulls from Cooperating Witness Number 1 (C.W.#1) in Virginia.  C.W.#1 had previously purchased one of the pit bulls from an individual in North Carolina.

10.     In or about early 2002, PEACE, PHILLIPS, TAYLOR, and VICK established a dog fighting business enterprise known as "Bad Newz Kennels."  At one point, the defendants obtained shirts and headbands representing and promoting their affiliation with "Bad Newz Kennels."

11.     Beginning in 2002 and continuing through at least 2005, the exact dates being unknown to the Grand Jury, "Bad Newz Kennels" members, aided and assisted by others known and unknown to the Grand Jury, continued to develop the 1915 Moonlight Road property for the ongoing dog fighting venture, including building: a fence to shield the rear portion of the compound from public view; multiple sheds used at various times to house training equipment, injured dogs, and organized fights; a house to be occupied by the defendants and others associated with maintaining the property; and kennels and buried car axles with chains for the pit bulls.  The buried car axles allow the dog chains to pivot, allowing the pit bulls to avoid getting tangled in the chains.

5

**2002: Execution of "Bad Newz Kennels" Pit Bulls that Performed Poorly in "Testing" Sessions:**

12.     In or about February 2002, PEACE and VICK "rolled" or "tested" some of their fighting dogs against other dogs owned by CW#1 and others in Virginia Beach, Virginia. "Rolling" or "testing" a fighting dog means placing the dog in a short fighting match to determine how well the animal fights. One of the pit bulls sponsored by PEACE and VICK in this "testing" session did not fight very well.

13.     In or about February 2002, PEACE executed the pit bull that did not perform well in the "testing" session by shooting it with a .22 caliber pistol.

14.     In or about the summer of 2002 at various times, the exact dates being unknown to the Grand Jury, PEACE, PHILLIPS, TAYLOR, and VICK "rolled" or "tested" additional "Bad Newz Kennels" dogs by putting the dogs through fighting sessions at 1915 Moonlight Road to determine which animals were good fighters.

15.     In or about the summer of 2002, PEACE executed at least one dog that did not perform well in a "testing" session at 1915 Moonlight Road by shooting the animal.

16.     In or about the summer of 2002, PHILLIPS executed at least one dog that did not perform well in a "testing" session at 1915 Moonlight Road by shooting the animal.

17.     In or about the summer of 2002, TAYLOR executed at least two dogs that did not perform well in "testing" sessions at 1915 Moonlight Road by shooting one dog and electrocuting the other.

6

**2002: Fights Involving "Maniac," a Male Pit Bull Owned by an Individual from North Carolina, Versus Dogs Owned by "Bad Newz Kennels":**

18.     In or about the spring of 2002, PEACE, PHILLIPS, and TAYLOR traveled from Virginia to North Carolina with a male pit bull named "Seal" to participate in a dog fight against a male pit bull named "Maniac," owned by an individual from North Carolina.  The purse for the dog fight was established at approximately $500 per side, for a total of approximately $1,000.

19.     In or about the spring of 2002, PEACE, PHILLIPS, and TAYLOR sponsored "Seal" in a dog fight against "Maniac."

20.     In or about the spring of 2002, "Bad Newz Kennels," represented by PEACE, PHILLIPS, and TAYLOR, lost the purse when "Maniac" prevailed over "Seal."

21.     In or about late 2002, an individual traveled from North Carolina to Virginia with a male pit bull named "Maniac" to participate in a dog fight against a pit bull named "Zebro," owned by a person unknown to the Grand Jury.  "Bad Newz Kennels" hosted the dog fight at 1915 Moonlight Road and established the purse at approximately $1,000 per side, for a total of approximately $2,000.

22.     In or about late 2002, a person unknown to the Grand Jury, aided and assisted by TAYLOR and VICK, sponsored "Zebro" in the fight against "Maniac."

23.     In or about late 2002, a person unknown to the Grand Jury, aided and assisted by TAYLOR and VICK, lost the purse when "Maniac" prevailed over "Zebro."

**Late 2002: A Fight Involving "Chico," a Male Pit Bull Owned by "Bad Newz Kennels," Versus a Pit Bull from Alabama:**

24.     In or about late 2002, individuals unknown to the Grand Jury traveled from Alabama to Virginia with a male pit bull to participate in a dog fight against a male pit bull

named "Chico" owned by "Bad Newz Kennels." "Bad Newz Kennels" hosted the dog fight at 1915 Moonlight Road and established the purse at approximately $1,000 per side, for a total of approximately $2,000.

     25.    In or about late 2002, PHILLIPS and TAYLOR, sponsored "Chico" in a dog fight against the male pit bull from Alabama.

     26.    In or about late 2002, "Bad Newz Kennels," represented by PHILLIPS and TAYLOR, won the purse when "Chico" prevailed over the male pit bull from Alabama.

### Late 2002: "Bad Newz Kennels" Hosting Other Kennels' Dog Fights at 1915 Moonlight Road:

     27.    In or about late 2002, "Bad Newz Kennels," represented by PEACE, PHILLIPS, and TAYLOR, hosted one regular fight and a "Grand Champion Fight" (meaning that each dog was fighting for his fifth consecutive win) at 1915 Moonlight Road between male pit bulls from North Carolina and Maryland.

     28.    In or about late 2002, "Bad Newz Kennels," represented by PEACE, PHILLIPS, and TAYLOR, hosted a fight at 1915 Moonlight Road between a male pit bull sponsored by the "Junior Mafia" of North Carolina versus a male pit bull sponsored by a person known to the Grand Jury from Williamsburg, Virginia.

### 2002-2003: Fights Involving "Jane," a Female Pit Bull Owned by "Bad Newz Kennels," Versus Pit Bulls From New York and North Carolina and a Fight in New Jersey:

     29.    In or about late 2002, PEACE, PHILLIPS, TAYLOR, and another individual known to the Grand Jury traveled from Virginia to Maryland with a female pit bull named "Jane" to participate in a dog fight against a female pit bull owned by "Show Biz Kennels" of New

8

York. The purse for the dog fight was established at approximately $1,000 per side, for a total of approximately $2,000.

30.    In or about late 2002, PEACE, PHILLIPS, and TAYLOR sponsored "Jane" in a dog fight against the female pit bull owned by "Show Biz Kennels."

31.    In or about late 2002, "Bad Newz Kennels," represented by PEACE, PHILLIPS, and TAYLOR, won the purse when "Jane" prevailed over the female pit bull owned by "Show Biz Kennels."

32.    In or about the spring of 2003, PEACE, PHILLIPS, TAYLOR, VICK, and two other individuals known to the Grand Jury, traveled from Virginia to North Carolina with a female pit bull named "Jane" to participate in a dog fight against a female pit bull owned by individuals from North Carolina unknown to the Grand Jury. The purse for the dog fight was established at approximately $1,500 per side, for a total of approximately $3,000.

33.    In or about the spring of 2003, PEACE, PHILLIPS, TAYLOR, and VICK sponsored "Jane" in a dog fight against the female pit bull from North Carolina.

34.    In or about the spring of 2003, "Bad Newz Kennels," represented by PEACE, PHILLIPS, TAYLOR, and VICK, won the purse when "Jane" prevailed over the female pit bull from North Carolina.

35.    In or about late 2003, PEACE, PHILLIPS, TAYLOR, and another individual known to the Grand Jury traveled from Virginia to New Jersey with a female pit bull named "Jane" to participate in a dog fight against a female pit bull owned by individuals unknown to the Grand Jury. The purse for the dog fight was established at approximately $5,000 per side, for a total of approximately $10,000.

9

36. In or about late 2003, PEACE, PHILLIPS, and TAYLOR sponsored "Jane" in a dog fight against the female pit bull owned by the individuals unknown to the Grand Jury.

37. In or about late 2003, "Bad News Kennels," represented by PEACE, PHILLIPS, and TAYLOR, won the purse when "Jane" prevailed over the female pit bull owned by the individuals unknown to the Grand Jury.

## 2003-2004: Fights Involving "Big Boy," a Male Pit Bull Owned by "Bad Newz Kennels," Versus Pit Bulls From South Carolina and New Jersey:

38. In or about the spring of 2003, an individual unknown to the Grand Jury traveled from South Carolina to Virginia with a male pit bull to participate in a dog fight against a male pit bull named "Big Boy," owned by "Bad Newz Kennels." "Bad Newz Kennels" hosted the dog fight at 1915 Moonlight Road and established the purse at approximately $1,000 per side, for a total of approximately $2,000.

39. In or about the spring of 2003, PEACE, PHILLIPS, TAYLOR, and VICK sponsored "Big Boy" in a dog fight against the male pit bull from South Carolina.

40. In or about the spring of 2003, "Bad Newz Kennels," represented by PEACE, PHILLIPS, TAYLOR, and VICK, won the purse when "Big Boy" prevailed over the male pit bull from South Carolina.

41. In or about late 2003, PEACE, PHILLIPS, TAYLOR, and VICK traveled from Atlanta, Georgia to South Carolina with a male pit bull named "Big Boy" to participate in a dog fight against a male pit bull owned by an individual from South Carolina unknown to the Grand Jury. The purse for the dog fight was established at approximately $3,600 per side, for a total of approximately $7,200.

10

42.    In or about late 2003, PEACE, PHILLIPS, TAYLOR, and VICK sponsored "Big Boy" in a dog fight against the male pit bull from South Carolina.

43.    In or about late 2003, "Bad Newz Kennels," represented by PEACE, PHILLIPS, TAYLOR, and VICK, won the purse when "Big Boy" prevailed over the male pit bull from South Carolina.

44.    In or about the spring of 2004, individuals unknown to the Grand Jury traveled from New Jersey to Virginia with a male pit bull to participate in a dog fight against a male pit bull named "Big Boy," owned by "Bad Newz Kennels." "Bad Newz Kennels" hosted the dog fight at 1915 Moonlight Road and established the purse at approximately $1,500 per side, for a total of approximately $3,000.

45.    In or about the spring of 2004, PEACE, PHILLIPS, TAYLOR, and VICK sponsored "Big Boy" in a dog fight against the male pit bull from New Jersey.

46.    In or about the spring of 2004, "Bad Newz Kennels," represented by PEACE, PHILLIPS, TAYLOR, and VICK won the purse when "Big Boy" prevailed over the male pit bull from New Jersey.

## March 2003: Fights Involving Two Pit Bulls Owned by an Individual from North Carolina Versus Pit Bulls Owned by "Bad Newz Kennels":

47.    In or about June 2002, Cooperating Witness Number 2 (C.W.#2) observed PEACE, VICK, and others unknown to the Grand Jury representing "Bad Newz Kennels" and "Hard Core Kennels" participate in two separate dog fights against "D.C. Kennels" at a location around Blackstone, Virginia. C.W.#2 approached an individual unknown to the Grand Jury after

the fight to offer "Bad Newz Kennels" a future fight with two of his pit bulls, a 35 pound female pit bull and a 47 pound male pit bull.

48.     In or about the late summer of 2002, an individual unknown to the Grand Jury from "Bad Newz Kennels" agreed to fight C.W.#2's pit bulls in or around March 2003.

49.     In or about March of 2003, C.W.#2 traveled from North Carolina to a location near Blackstone, Virginia with his 35 pound female pit bull and a 47 pound male pit bull to participate in the dog fight matches against members of "Bad Newz Kennels."

50.     In or about March of 2003, PEACE, VICK, and other individuals unknown to the Grand Jury sponsored a female pit bull in a dog fight against the 35 pound female pit bull owned by C.W.#2. The purse for the dog fight was established at approximately $13,000 per side, for a total of approximately $26,000.

51.     In or about March of 2003, PEACE, VICK, and other individuals unknown to the Grand Jury sponsored a female pit bull in a fight against the 35 pound female pit bull owned by C.W.#2.

52.     In or about March of 2003, "Bad Newz Kennels," represented by PEACE, VICK, and others unknown to the Grand Jury, lost the purse when the 35 pound female pit bull owned by C.W.#2 prevailed over the "Bad Newz Kennels" pit bull.

53.     In or about March of 2003, PEACE, after consulting with VICK about the losing female pit bull's condition, executed the losing dog by wetting the dog down with water and electrocuting the animal.

54.     In or about March of 2003, PEACE, VICK, and other individuals unknown to the Grand Jury sponsored a male pit bull in a dog fight against the 47 pound male pit bull owned by

12

C.W.#2. The purse for the dog fight was established at approximately $10,000 per side, for a total of approximately $20,000.

55.    In or about March of 2003, PEACE, VICK, and other individuals unknown to the Grand Jury sponsored a male pit bull in a fight against the 47 pound male pit bull owned by C.W.#2.

56.    In or about March of 2003, "Bad Newz Kennels," represented by PEACE, VICK, and others unknown to the Grand Jury, lost the purse when the 47 pound male pit bull owned by C.W.#2 prevailed over the "Bad Newz Kennels" pit bull.

57.    In or about March of 2003, VICK retrieved a book bag from a vehicle containing approximately $23,000 in cash. The cash was provided to C.W.#2 as payment for winning both dog fight matches.

**March 2003: A Fight Involving "Cleo," a Female Pit Bull From New York, Versus a Pit Bull Owned by "Bad Newz Kennels":**

58.    In or about March of 2003, PEACE, VICK, and other individuals unknown to the Grand Jury sponsored a female pit bull in a dog fight against a female pit bull named "Cleo," owned by an individual unknown to the Grand Jury from New York and handled during the fight by CW#1. The purse for the dog fight which took place in Surry County, Virginia was established at approximately $3,000 per side, for a total of approximately $6,000.

59.    In or about March of 2003, PEACE met CW#1 and led him to the fight location in Surry County, Virginia.

60.    In or about March of 2003, PEACE, VICK, and other individuals unknown to the Grand Jury sponsored a female pit bull in a fight against the female pit bull named "Cleo."

13

61.     In or about March of 2003, "Bad Newz Kennels," represented by PEACE, VICK, and others unknown to the Grand Jury, lost the purse. The "Bad Newz Kennels" female pit bull jumped out of the ring and "scratched" the fight. Following an agreement to allow a rematch between the dogs, "Cleo" beat the "Bad Newz Kennels'" female pit bull.

62.     In or about March of 2003, PEACE executed the losing dog by shooting it with a pistol.

### Fall 2003: A Fight Involving "Magic," a Male Pit Bull Owned by "Bad Newz Kennels," Versus a Male Pit Bull in South Carolina:

63.     In or about the fall of 2003, PEACE, PHILLIPS, TAYLOR, and VICK traveled from Atlanta, Georgia to South Carolina with a male pit bull named "Magic" to participate in a dog fight against a male pit bull owned by individuals from South Carolina unknown to the Grand Jury. The purse for the dog fight was established at approximately $1,500 per side, for a total of approximately $3,000.

64.     In or about the fall of 2003, PEACE, PHILLIPS, TAYLOR, and VICK sponsored "Magic" in a dog fight against the male pit bull from South Carolina.

65.     In or about the fall of 2003, "Bad Newz Kennels," represented by PEACE, PHILLIPS, TAYLOR, and VICK, won the purse when "Magic" prevailed over the male pit bull from South Carolina.

### Fall 2003: A Fight Involving a Male Pit Bull From North Carolina Versus a Male Pit Bull Owned by "Bad Newz Kennels":

66.     In or about the fall of 2003, Cooperating Witness Number 3 (C.W.#3) traveled to Surry County, Virginia with a male pit bull from North Carolina to participate in a dog fight against a male pit bull named "Tiny," owned by "Bad Newz Kennels." "Bad Newz Kennels"

14

hosted the dog fight at 1915 Moonlight Road and established the purse at approximately $3,500 per side, for a total of approximately $7,000.

67.    In or about the fall of 2003, an individual unknown to the Grand Jury met C.W.#3 and led him and others accompanying C.W.#3 to 1915 Moonlight Road, Smithfield, Virginia.

68.    In or about the fall of 2003, PEACE, PHILLIPS, TAYLOR, and VICK sponsored "Tiny" in a fight against the male pit bull sponsored by C.W.#3. During the fight, C.W.#3 was criticized by a person unknown to the Grand Jury from "Bad Newz Kennels" for C.W.#3's having yelled out VICK's name in front of the crowd during the dog fight.

69.    In or about the fall of 2003, "Bad Newz Kennels," represented by PEACE, PHILLIPS, TAYLOR, and VICK, won the purse when "Tiny" prevailed over the male pit bull owned by C.W.#3.

70.    In or about the fall of 2003, PEACE told C.W.#3 that he would give him a rematch in the future.

## Late 2003: A Fight Involving "Trouble," a Female Pit Bull Owned by an Individual from North Carolina, Versus a Pit Bull Owned by "Bad Newz Kennels":

71.    In or about late 2003, Cooperating Witness Number 4 (C.W.#4) traveled to Surry County, Virginia with a female pit bull named "Trouble," a dog that originally came from Florida, to participate in a dog fight against a female pit bull owned by "Bad Newz Kennels." "Bad Newz Kennels" hosted the dog fight at 1915 Moonlight Road and established the purse at approximately $7,000 per side, for a total of approximately $14,000.

72.    In or about late 2003, an individual unknown to the Grand Jury met C.W.#4 and led him and others accompanying C.W.#4 to 1915 Moonlight Road, Smithfield, Virginia.

73.    In or about late 2003, PEACE placed a side-bet with C.W.#4 of approximately $4,000 on the "Bad Newz Kennel" dog to win the fight.

74.    In or about late 2003, PEACE, VICK, and other individuals unknown to the Grand Jury sponsored a female pit bull in a fight against the female pit bull named "Trouble."

75.    In or about late 2003, "Bad Newz Kennels," represented by PEACE, VICK, and others unknown to the Grand Jury, lost the purse when "Trouble" prevailed over the "Bad Newz Kennels" pit bull.

76.    In or about late 2003, VICK paid C.W.#4 the purse money of approximately $7,000 and approximately $4,000 for the side-bet entered by PEACE.

**Early 2004: A Fight Involving "Too Short," a Male Pit Bull Owned by "Bad Newz Kennels," Versus a Pit Bull from Maryland:**

77.    In or about the early 2004, individuals unknown to the Grand Jury traveled from Maryland to Virginia with a male pit bull to participate in a dog fight against a male pit bull named "Too Short" owned by "Bad Newz Kennels." "Bad Newz Kennels" hosted the dog fight at 1915 Moonlight Road and established the purse was at approximately $3,000 per side, for a total of approximately $6,000.

78.    In or about early 2004, PEACE, PHILLIPS, TAYLOR, and VICK sponsored "Too Short" in a dog fight against the male pit bull from Maryland.

79.    In or about early 2004, "Bad Newz Kennels," represented by PEACE, PHILLIPS, TAYLOR, and VICK, won the purse when "Too Short" prevailed over the male pit bull from Maryland.

## 2004-2005: "Bad Newz Kennels" Continues Hosting Dog Fights at 1915 Moonlight Road, Smithfield, Virginia:

80.     From in or about late 2004 through 2005 at various times, the exact dates being unknown to the Grand Jury, PEACE, PHILLIPS, VICK, and others known and unknown to the Grand Jury continued operation of the animal fighting venture at 1915 Moonlight Road and hosted approximately 10 dog fights on the property.  Many of these fights were held on the second floor of a shed on the property.  Participants in these fights came from various places, including New York, Texas, and North Carolina.

## Early 2007: "Bad Newz Kennels" Dog Fighting Operation Continues at 1915 Moonlight Road, Smithfield, Virginia:

81.     In or about early 2007, the exact dates being unknown to the Grand Jury, PEACE, PHILLIPS, VICK, and others known and unknown to the Grand Jury continued operation of the animal fighting venture at 1915 Moonlight Road.

82.     In or about April 2007, PEACE, PHILLIPS, VICK, and two others known and unknown to the Grand Jury "rolled" or "tested" additional "Bad Newz Kennels" dogs by putting the dogs through fighting sessions at 1915 Moonlight Road to determine which animals were good fighters.

83.     In or about April 2007, PEACE, PHILLIPS, and VICK executed approximately 8 dogs that did not perform well in "testing" sessions at 1915 Moonlight Road by various methods, including hanging, drowning, and slamming at least one dog's body to the ground.

84.     On or about April 25, 2007, PEACE, PHILLIPS, and VICK possessed various items associated with the continued operation of the dog fighting operation at 1915 Moonlight Road, including the sheds and kennels associated with housing the fighting dogs and hosting dog

17

fights; approximately 54 American Pit Bull Terriers, some of which had scars and injuries appearing to be related to dog fighting; a "rape stand," a device in which a female dog who is too aggressive to submit to males for breeding is strapped down with her head held in place by a restraint; a "break" or "parting" stick used to pry open fighting dogs' mouths during fights; treadmills and "slat mills" used to condition fighting dogs; and other items.

(In violation of Title 18, United States Code, Section 371).

## Forfeiture Allegation

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendants are hereby notified that, if convicted of the offense charged in Count One, the defendants shall forfeit to the United States their interest in any property constituting, or derived from, proceeds obtained directly or indirectly as the result of such violation, including any assets which may be directly forfeitable as proceeds or subject to forfeiture as a substitute asset.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c).)