

Subscribe to Sports Illustrated and Save Over 82%    Subscribe to SI    Give the Gift of SI

EXTRA MUSTARD | ON CAMPUS | FANTASY PLUS | SI PHOTOS | SWIMSUIT | VIDEO | FANNATION | SI KIDS | TNT

**SI.com** A CNN NETWORK SITE    SEARCH    GO

NFL | COLLEGE FB | MLB | NBA | COLLEGE HOOPS | GOLF | NHL | NASCAR | SOCCER | HIGH SCHOOL | TENNIS | MORE
SCORES

**NFL**

SCORES | TEAMS | PLAYERS | STANDINGS | SCHEDULES | STATS | TRANSACTIONS | INJURIES

# Text of Vick's post-hearing statement

Posted: Monday August 27, 2007 1:31PM; Updated: Monday August 27, 2007 1:31PM

PRINT | E-MAIL | FREE E-MAIL ALERTS | SAVE | MOST POPULAR | RSS | FACEBOOK

Michael Vick's statement following his guilty plea in U.S. District Court in Richmond, Va., to a dogfighting conspiracy charge:

"For most of my life, I've been a football player, not a public speaker, so, you know, I really don't know, you know, how to say what I really want to say.

You know, I understand it's -- it's important or not important, you know, as far as what you say but how you say things. So, you know, I take this opportunity just to speak from the heart.

First, I want to apologize, you know, for all the things that -- that I've done and that I have allowed to happen. I want to personally apologize to commissioner Goodell, Arthur Blank, coach Bobby Petrino, my Atlanta Falcons teammates, you know, for our -- for our previous discussions that we had. And I was not honest and forthright in our discussions, and, you know, I was ashamed and totally disappointed in myself to say the least.

I want to apologize to all the young kids

Michael Vick faces the media immediately after pleading guilty to a federal dogfighting conspiracy charge.

AP

**Michael Vick Pleads Guilty**

• Vick formally enters guilty plea to dogfighting

↓ ADVERTISEMENT ↓

Alamo

Prepay and SAVE 10%
▶ SAVE TIME & MONEY NOW

Alamo
alamo.com

Case 3:07-cr-00274-HEH    Document 55-9    Filed 09/12/07    Page 2 of 3 PageID# 410

out there for my immature acts and, you know, what I did was, what I did was very immature so that means I need to grow up.

I totally ask for forgiveness and understanding as I move forward to bettering Michael Vick the person, not the football player.

I take full responsibility for my actions. For one second will I sit right here -- not for one second will I sit right here and point the finger and try to blame anybody else for my actions or what I've done.

- Text of Vick's post-hearing apology
- **McCANN:** What sentence will Vick get?
- Monumental day in store for Falcons
- NFL suspends Vick after he files plea
- **DOHRMANN:** What exactly did Vick admit?
- **McCann:** Judge still plays key role in Vick case
- **CNN:** Grim future for most fighting dogs
- NAACP thinks Vick should be able to return
- **KING:** Hard to imagine upcoming season
- **BANKS:** NFL personnel gurus on Vick's future
- Athletes prosecuted by federal government



Choose your team

I'm totally responsible, and those things just didn't have to happen. I feel like we all make mistakes. It's just I made a mistake in using bad judgment and making bad decisions. And you know, those things, you know, just can't happen.

Dog fighting is a terrible thing, and I did reject it.

I'm upset with myself, and, you know, through this situation I found Jesus and asked him for forgiveness and turned my life over to God. And I think that's the right thing to do as of right now.

Like I said, for this -- for this entire situation I never pointed the finger at anybody else, I accepted responsibility for my actions of what I did and now I have to pay the consequences for it. But in a sense, I think it will help, you know, me as a person. I got a lot to think about in the next year or so.

I offer my deepest apologies to everybody out in there in the world who was affected by this whole situation. And if I'm more disappointed with myself than anything it's because of all the young people, young kids that I've let down, who look at Michael Vick as a role model. And to have to go through this and put myself in this situation, you know, I hope that every young kid out there in the world watching this interview right now who's been following the case will use me as an example to using better judgment and making better decisions.

Once again, I offer my deepest apologies to everyone. And I will redeem myself. I have to.

So I got a lot of down time, a lot of time to think about my actions and what I've done and how to make Michael Vick a better person.

Thank you."

*Copyright 2007 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.*



**Sponsored Links**

**NFL Fight Song Ringtones**
Get your complimentary NFL fight song ringtones!
tonetunes4u.com

**Atlanta Falcons Jerseys**
Reebok NFL Player Jerseys Adult Youth Toddler Throwback All Players
www.TailgateSportsUSA.com

**Football Ringtones**
Download Complimentary Falcons Ringtones To Your Phone. Get Them Now!
www.RingRingMobile.com

**Buy a link here**

Top Photo Galleries

- College Football Top 25
- Track & Field Championships
- Kluetmeier's Favorite Shots
- 2007 U.S. Open: Week 1
- Simon Bruty's Favorite Shots

Most Popular Stories

- Cowboys QB coach Wilson suspended by NFL
- Jon Wertheim: U.S. Open midterm grades
- Pacific Division Breakdown
- Radwanska stuns Sharapova at U.S. Open
- U.S. routs Puerto Rico to reach FIBA final

my SI ▶ DOWNLOAD FREE Stunning SI photos of your favorite teams delivered to your desktop

**TOP OF STORY** | **SI.com HOME**

COLLECT YOUR FAVORITE
Sports Illustrated **Covers** Own photo-quality reprints of classic SI covers! MAKES A GREAT GIFT!
SI Cover Search: All the way back to '54 **Find**

**SI.COM**
SI Media Kits | About Us | Add RSS headlines
Copyright © 2007 Time Inc.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines.

SUBSCRIBE TO SI

GIVE THE GIFT OF SI

GIVE THE GIFT OF SI KIDS

SI CUSTOMER SERVICE

**CNN.com**
U.S.: North Korea agrees to close nuke facilities

WEATHER
City/Zip FIND

CNN CareerBuilder

**CNNMoney.com**
STOCK QUOTE
Symbol
GET QUOTE

SEARCH [            ] GO