## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07CR274-04–HEH |
| | ) | |
| MICHAEL VICK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER
### (Granting Defendant's Motion to Deliver Psychological Reports to BOP)

THIS MATTER is before the Court on Defendant's request that psychological reports submitted under seal prior to sentencing be submitted to the Bureau of Prisons for use in his designation. It appearing just and proper to do so, it is HEREBY ORDERED that the two psychological reports will be made a part of Defendant's Presentence Report and will be forwarded to the Bureau of Prisons.

The Clerk is directed to send a copy of this Order to all counsel of record and the United States Probation Office.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: Dec 14, 2007
Richmond, VA